**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**LEROY SMITH**                                                                                        **PLAINTIFF**

**V.**                                                              **NO. 1:20-CV-242-DMB-DAS**

**NAUTIC STAR, LLC**                                                               **DEFENDANT**

**ORDER**

On February 15, 2022, United States Magistrate Judge David A. Sanders held a settlement conference with the parties. Doc. #65. The minutes from the conference reflect the case was settled. *Id.* Accordingly, the defendant's pending motion for summary judgment [56] is **DENIED without prejudice as moot**.

**SO ORDERED**, this 16th day of February, 2022.

                                                                         /s/Debra M. Brown
                                                                         **UNITED STATES DISTRICT JUDGE**